# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| TIRAN JENKINS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-01266 |
| | ) |
| STEVE KALLIS, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on the Seventh Circuit's Summary Reversal of the Court's Order denying Petitioner's request for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docs. 15; 29-2). In its order, the Seventh Circuit directed the undersigned to further consider Petitioner's request "in light of the position now taken by the United States and changes in the law." (Doc. 29-2). On appeal, the Government adopted the position that Petitioner's claim is meritorious and waived all procedural arguments against Petitioner's claim for relief. *See Jenkins v. Segal*, No. 19-1071, Doc. 37 (7th Cir. 2022).

In consideration of the Government's position, the current state of the law, and the Seventh Circuit's order, the Petition for Writ of Habeas Corpus (doc. 1) is hereby GRANTED; Petitioner's sentence is VACATED. The Clerk is directed to transfer this matter to the original sentencing court, the United States District Court for the Western District of Wisconsin, for resentencing consistent with applicable federal law

1

and the concessions and waivers made in the Government's brief to the Seventh Circuit.

SO ORDERED.

Entered this 4th day of May 2022.

s/ Joe B. McDade<br>
JOE BILLY McDADE<br>
United States Senior District Judge